## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Tyler J. Mueller  
    Ashley Mueller  fka Ashley D'Amico  
           Debtor(s)

BK NO. 20-01849 RNO

Chapter 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**  
James C. Warmbrodt, Esquire  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA  19106  
215-627-1322