

Certificate Number: 15317-PAE-DE-034919188

Bankruptcy Case Number: 20-01849



15317-PAE-DE-034919188

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2020, at 2:47 o'clock PM PDT, Ashley M Mueller completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 25, 2020     By:    /s/Lea Sorino

Name:   Lea Sorino

Title:   Counselor

Certificate Number: 15317-PAE-DE-034919189

Bankruptcy Case Number: 20-01849



15317-PAE-DE-034919189

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 25, 2020</u>, at <u>2:47</u> o'clock <u>PM PDT</u>, <u>Tyler J Mueller</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 25, 2020</u>           By:   <u>/s/Lea Sorino</u>

                                          Name: <u>Lea Sorino</u>

                                          Title: <u>Counselor</u>