United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Tyler J Mueller  
Ashley Mueller  
    Debtor(s)

Case No. 20-01849-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Sep 28, 2020      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Tyler J Mueller, Ashley Mueller, 140 Main Rd.,, Lehighton, PA 18235-2307

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**      **Bypass Reason**      **Name and Address**  
jdb      *+      Ashley Mueller, 140 Main Rd.,, Lehighton, PA 18235-2307

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

**Name**      **Email Address**

James Warmbrodt  
     on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

Jason M Rapa  
     on behalf of Debtor 2 Ashley Mueller jrapa@rapalegal.com ssprouse@rapalegal.com;mhine@rapalegal.com

Jason M Rapa  
     on behalf of Debtor 1 Tyler J Mueller jrapa@rapalegal.com ssprouse@rapalegal.com;mhine@rapalegal.com

United States Trustee  
     ustpregion03.ha.ecf@usdoj.gov

William G Schwab (Trustee)
schwab@uslawcenter.com  wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tyler J Mueller,      Chapter    7

**Debtor 1**

Case No.    5:20−bk−01849−RNO

Ashley Mueller,
fka Ashley D'Amico,

**Debtor 2**

Social Security No.:
    xxx−xx−2703     xxx−xx−4428

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 28, 2020     By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (05/18)